FORM 11-1

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br>                        **Plaintiff,**<br>   v.<br>**UNITED STATES**<br>                        **Defendant.** | **Court No. 26-01006** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

☒ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

☐ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: <u>February 13, 2026</u>                     <u>*/s/ Alan H. Price*</u>
                                                                    Alan H. Price, Esq

                                                                    **Wiley Rein LLP**
                                                                    2050 M Street, NW
                                                                    Washington, DC 20036
                                                                    (202) 719-7000
                                                                    WileyTrade@wiley.law

FORM 11-2

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br><br>        **Plaintiff,**<br><br>v.<br><br>**UNITED STATES**<br><br>        **Defendant.** | **Court No. 26-01006** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

☐ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

■ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: <u>February 13, 2026</u>     <u>/s/ Christopher B. Weld</u>
                  Christopher B. Weld, Esq.

                  **Wiley Rein LLP**
                  2050 M Street, NW
                  Washington, DC 20036
                  (202) 719-7000
                  WileyTrade@wiley.law

.

FORM 11-3

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br>                  **Plaintiff,**<br>v.<br>**UNITED STATES**<br>                  **Defendant.** | **Court No. 26-01006** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

☐ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

■ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: <u>February 13, 2026</u>

<u>/s/ Stephanie M. Bell</u>
Stephanie M. Bell, Esq.

**Wiley Rein LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

FORM 11-4

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE   FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br>　　　　　　　　　**Plaintiff,**<br>v.<br>**UNITED STATES**<br>　　　　　　　　　**Defendant.** | **Court No. 26-01006** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

☐ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

■ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: February 13, 2026

　　　　　　　　　　　　　　　　　　　　/s/ *Adam M. Teslik*
　　　　　　　　　　　　　　　　　　　　Adam M. Teslik, Esq.

　　　　　　　　　　　　　　　　　　　　**Wiley Rein LLP**
　　　　　　　　　　　　　　　　　　　　2050 M Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　(202) 719-7000
　　　　　　　　　　　　　　　　　　　　WileyTrade@wiley.law