# CERTIFICATE OF SERVICE

PUBLIC SERVICE
*Nucor Corporation v. United States*
**Court No. 26-01006**

I certify that a copy of this public submission was served to the following parties, via certified mail, on February 13, 2026.

                                           */s/ Stephanie M. Bell*
                                           Stephanie M. Bell, Esq.

| | |
|---|---|
| Roger B. Schagrin, Esq.<br>**Schagrin Associates**<br>900 7th Street, NW<br>Suite 500<br>Washington, DC 20001 | Stephen P. Vaughn, Esq.<br>**King & Spalding LLP**<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006-4706 |
| H. Deen Kaplan, Esq.<br>**Hogan Lovells US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004 | Kristin H. Mowry, Esq.<br>**Mowry & Grimson PLLC**<br>5335 Wisconsin Avenue, NW<br>Suite 810<br>Washington, DC 20015 |
| Joanne Osendarp, Esq.<br>**Blank Rome LLP**<br>1825 Eye Street NW<br>Washington, DC 20006 | Nancy A Noonan, Esq.<br>**ArentFox Schiff LLP**<br>1717 K St., NW<br>Washington, DC 20006 |
| Frederick P Waite, Esq.<br>**Vorys, Sater, Seymour and Pease LLP**<br>1909 K Street, NW<br>9th Floor<br>Washington, DC 20006-1152 | William R. Isasi, Esq.<br>**Covington & Burling**<br>One City Center<br>850 Tenth Street, NW<br>Washington, DC 20001 |
| Annie Ouellet<br>**Embassy of Canada**<br>501 Pennsylvania Avenue, NW<br>Washington, DC 20001-2111 | Thomas M. Beline<br>Cassidy Levy Kent (USA) LLP<br>**2112 Pennsylvania Avenue, NW**<br>Suite 300<br>Washington, DC 20037 |
| John Anwesen<br>**Lighthill PC**<br>300 New Jersey Avenue, NW<br>Suite 300<br>Washington, D.C. 20001 | James Greathouse<br>**Representative of Government of Canada**<br>501 Pennsylvania Ave. NW<br>Washington, D.C. 20001 |

.

| | |
|---|---|
| Supervising Attorney<br>**Civil Division – Commercial Litigation Branch**<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044 | Attorney in Charge<br>**International Trade Field Office**<br>Department of Justice, Civil Division<br>Room 346, Third Floor<br>26 Federal Plaza<br>New York, NY 10278 |
| General Counsel<br>**U.S. Department of Commerce**<br>14th Street and Constitution Ave., NW<br>Washington, DC 20230 | |

.