**UNITED STATES COURT OF INTERNATIONAL TRADE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                                  :
                                                                  :
NUCOR CORPORATION,                                                :
                                                                  :
             Plaintiffs,                                          :
                                                                  :
      v.                                                          :    Court No. 26-01006
                                                                  :
                                                                  :
UNITED STATES,                                                    :
                                                                  :
             Defendant.                                           :
                                                                  :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

**<u>ORDER OF DISMISSAL</u>**

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

Gina Justice
Clerk of the Court


By:    /s/ Scott Warner
       Deputy Clerk


Date:  March 23, 2026
       New York, New York